940

No. 11–9963. MENDIOLA v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–9964. MORRIS v. MALFI, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9965. TURNER v. HERRICK ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9968. CABA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–9973. LAZAROV v. KIMMEL ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–9976. MCCARTHY v. SOSNICK ET AL. (two judgments). Sup. Ct. Mich. Certiorari denied.

No. 11–9978. APPLEWHITE v. OUTLAW, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9979. BRANCO v. ESPINDA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9995. STURDIVANT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–10032. BAILEY v. EMS VENTURES, INC., DBA RURAL/METRO AMBULANCE. Ct. App. Ga. Certiorari denied.

No. 11–10055. KULA v. WEST VIRGINIA DEPARTMENT OF TRANSPORTATION MOTOR VEHICLE ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 11–10127. MALAM ET UX. v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 11–10132. LIZOTTE v. LEBLANC ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–10164. DILWORTH v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.